104 So.2d 330

**UNITED STATES STEEL CORP.**

v.

**John L. GRIMES et al.**

**6 Div. 300.**

Supreme Court of Alabama.

June 19, 1958.

Burr, McKamy, Moore & Thomas, Birmingham, for petitioner.

Cooper, Mitch & Black, Birmingham, opposed.

STAKELY, Justice.

Petition of United States Steel Corporation for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in United States Steel Corp. v. Grimes, 104 So.2d 329.

The writ is denied on the authority of Tennessee Coal, Iron & R. Co. v. Martin,

251 Ala. 153, 36 So.2d 547; § 214, subd. A, as amended, Title 26, Code of 1940. This case is referred to in the opinion of the Court of Appeals.

Writ denied.

All the Justices concur.